On Application for Rehearing.
PER CURIAM.
The decision in Taylor v. Louisiana, 419 U.S. 522, 95 S.Ct. 692, 42 L.Ed.2d 690 (1975) does not apply retroactively to convictions obtained by juries empanelled prior to the date of that decision, January 21, 1975. Daniel v. Louisiana, 420 U.S. 31, 95 S.Ct. 704, 42 L.Ed.2d 790 (1975); State v. Rester, 309 So.2d 321 (La.1975). See also State v. Watkins, 340 So.2d 235 (La.1976); State v. Simmons, 328 So.2d 149 (La.1976); State v. King, 322 So.2d 205 (La.1975). Here defendant was tried and convicted on March 7, 1974.
Accordingly, the application for rehearing is denied.
Case below: La., 386 So.2d 364.